IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDDIE MEKASHA,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | 8:20-CV-285<br><br>**MEMORANDUM AND ORDER** |

  Plaintiff, Eddie Mekasha, has filed a Motion to Reconsider, Filing 11. For the following reasons, the Court denies the motion.

  Rule 60(b) permits a Court to grant relief from a judgment in the following circumstances:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). A Rule 60 motion "must be made within a reasonable time." Fed. R. Civ. P. (60)(c)(1).

  In reviewing Mekasha's motion, he makes no argument as to why the Court should reconsider its prior Judgment. Rather, Mekasha rehashes the issues the Court previously determined were barred by sovereign immunity. *See* Filing 11 at 1; Filing 9. Accordingly, Mekasha

1

has failed to demonstrate and the Court declines to find any of the legal grounds for reconsideration under Rule 60.

    IT IS ORDERED:

1. Plaintiff's Motion to Reconsider, Filing 11, is denied.

    Dated this 5th day of November, 2020.

                                            BY THE COURT:

                                            Brian C. Buescher
                                            United States District Judge